UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                                                  Case No. 12-00796

IDELISA ROSARIO SANTOS    ,                                             Chapter 13

      Debtor(s)
_____/

MOTION TO INFORM

TO THE HONORABLE COURT:

    Comes now Debtor(s), represented by undersigned counsel, and very respectfully alleges and prays as follows;

    a. On April 11th, 2012 the Trustee's office filed a motion to dismiss Doc 20.
    b. On April 16th, 2012 Debtor responded by filing all documents requested by the Trustee's office with the exception of the 2011 Tax Returned.
    c. Debtor informs today that the 2011 Tax Returned have been provided to the Trustee's office.

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico this 27th day of April, 2012

**CERTIFICATE OF SERVICE:**

    **I HEREBY CERTIFY** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send a notification upon information and belief, of such filing to the following: CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE and to all CM/ECF participants.

**THE BATISTA LAW GROUP, PSC.**
Cond. Mid-Town Center
421 Ave. Muñoz Rivera Suite 901
San Juan, PR. 00918
Telephone: (787) 303-0325
Facsimile: (787) 777-1589
E-mail: jesus.batista@batistalawgroup.com
Counsel for Debtor
/s/ Jesus E. Batista Sanchez, Jr.
Jesus E. Batista, JR., USDC # 227014